IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  DISCIPLINE OF ) <br> KIMBERLY ANN FURMANEK, ) <br> ATTORNEY REGISTRATION ) <br> NUMBER 318304, A MEMBER ) <br> OF THE BAR OF THE UNITED STATES ) <br> DISTRICT COURT FOR THE WESTERN ) <br> DISTRICT OF PENNSYLVANIA ) | Misc. No. 2:24:mc-901 |

## ORDER

WHEREAS Attorney Kimberly Ann Furmanek ("Attorney Furmanek") was temporarily suspended from the Bar of this Court, by order dated October 29, 2024, in the above-captioned matter (ECF #2), which order was reciprocal to an order of the Supreme Court of Pennsylvania entered in Disciplinary Proceeding Number 154 DB 2023;

WHEREAS, after the Supreme Court of Pennsylvania entered an order in that same disciplinary proceeding, dated September 4, 2025, suspending Attorney Furmanek for a period of two years from the Bar of the Commonwealth of Pennsylvania, this Court issued an Order to Show Cause, which afforded Attorney Furmanek an opportunity, in accordance with this Court's Local Rules, to show good cause why an identical order of suspension should not be entered by this Court (ECF #3);  and

WHEREAS the Order to Show Cause was sent to Attorney Furmanek via Certified Mail, but Attorney Furmanek filed no response to it.

NOW THEREFORE IT IS HEREBY ORDERED that Attorney Furmanek is suspended from the Bar of the United States District Court for the Western District of Pennsylvania for a period of two years, retroactive to October 4, 2025;

IT IS FURTHER ORDERED that the Clerk of Court shall confirm that Attorney Furmanek's CM/ECF User Accounts remain suspended, and that Attorney Furmanek continues to be identified as suspended in the Court's attorney admission records; and

IT IS FINALLY ORDERED that any Attorney who seeks reinstatement to practice before this Court must file a Petition for Reinstatement with the Clerk of Court. LCvR 83.3G. Because suspension of Attorney Furmanek's CM/ECF User Account will prevent her from filing documents electronically, Attorney Furmanek will be required to submit all papers for filing to the Clerk of Court in hard copy or via electronic mail sent to PAWD_Attorney_Status@pawd.uscourts.gov, with a cover letter explaining why the documents cannot be filed electronically.

The Clerk of Court is directed to give notice of the entry of this order to Attorney Furmanek via First Class mail at the mailing address that she maintains with the Pennsylvania Bar.

Date:  October 16, 2025                                       /s/ *Mark R. Hornak*
                                                              Mark R. Hornak
                                                              Chief United States District Judge